**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raul LUCIO–FLORES, Defendant–
Appellant.**

No. 03–41147

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 23, 2004.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Raul Lucio–Flores, Federal Detention Center, Houston, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: [*]

The Federal Public Defender appointed to represent Raul Lucio–Flores (Lucio)

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

has moved to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lucio was notified but filed no response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.